IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JACOB NEWMAN,

    Defendant.

## INFORMATION

The United States Attorney charges:

## COUNT 1

Between on or about April 22, 2015, and on or about July 10, 2017, in the State and District of Colorado, the defendant, JACOB NEWMAN, willfully and knowingly did embezzle, steal, purloin, and convert to her own use and the use of others, money and things of value of the United States and a department and agency thereof, to wit, the Department of Energy, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined, and converted, the value of which exceeded $1,000.

All in violation of Title 18, United States Code, Section 641.

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Tim Neff*
Tim Neff
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: tim.neff@usdoj.gov
Attorney for Government